**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (Nevada Bar No. 000175)
Email: kbc@cjmlv.com
DARYL E. MARTIN, ESQ. (Nevada Bar No. 006735)
Email: dem@cjmlv.com
7440 W. Sahara Ave.
Las Vegas, NV 89117
Telephone (702) 255-1718
*Attorneys for Defendant UNITE HERE HEALTH*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| BENSON & BINGHAM, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT GRIFFITHS; CITY OF LAS VEGAS FIRE & RESCUE; UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; RAINBOW INJURY REHABILITATION, LLC; CULINARY HEALTH FUND; STARLIGHT COLLISION, LLC<br><br>Defendants, | Case No. 2:14-cv-000866-APG-CWH<br><br>**DEFENDANT UNITE HERE HEALTH'S CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Defendant UNITE HERE HEALTH, named by Plaintiff as "Culinary Health Fund" in the Complaint in Interpleader, certifies that there are no known interested parties other than those participating in the case. These representations are made to enable judges of the court to evaluate possible recusal.

Dated this 23rd day of January, 2014.

CHRISTENSEN JAMES & MARTIN

By: ___/s/ Daryl E. Martin___
    Daryl E. Martin, Esq.
    Nevada Bar No. 006735
    7440 W. Sahara Ave.
    Las Vegas, Nevada 89117
    *Attorneys for UNITE HERE HEALTH*