**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (Nevada Bar No. 000175)
Email: kbc@cjmlv.com
DARYL E. MARTIN, ESQ. (Nevada Bar No. 006735)
Email: dem@cjmlv.com
7440 W. Sahara Ave.
Las Vegas, NV 89117
Telephone (702) 255-1718
*Attorneys for Defendant UNITE HERE HEALTH*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| BENSON & BINGHAM, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT GRIFFITHS; CITY OF LAS VEGAS FIRE & RESCUE; UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; RAINBOW INJURY REHABILITATION, LLC; CULINARY HEALTH FUND; STARLIGHT COLLISION, LLC,<br><br>Defendants, | Case No. 2:14-cv-00086-APG-CWH<br><br>**PROOF OF SERVICE OF DEFENDANT UNITE HERE HEALTH'S ANSWER, CROSSCLAIMS AND COUNTERCLAIMS** |

On February 4, 2014, a true and correct copy of the Answer, Crossclaims and Counterclaims filed by Defendant Unite Here Health (Doc. #7) was served upon all parties, as shown in the following Certificate of Service.

DATED this 4th day of February, 2014.

**CHRISTENSEN, JAMES & MARTIN**

By: */s/ Daryl E. Martin*
     Daryl E. Martin, Esq.
     7440 W. Sahara Ave.
     Las Vegas, NV 89117
     *Attorneys for Unite Here Health*

**CERTIFICATE OF SERVICE**

I am an employee of Christensen James & Martin. On February 4, 2014 I caused a true and correct copy of DEFENDANT UNITE HERE HEALTH'S ANSWER, CROSSCLAIMS AND COUNTERCLAIMS to be served in the following manner:

☒ <u>ELECTRONIC SERVICE</u>:  Pursuant to LR 5-4 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court and sent to: joe@bensonbingham.com, litigate@bensonbingham.com

☒ <u>UNITED STATES MAIL</u>:  By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the following parties at their last-known mailing addresses:

Las Vegas Fire & Rescue
500 N. Casino Center Blvd
Las Vegas, NV 89101

Starlight Collision, LLC
5360 Ricky Road
Las Vegas, NV 89130

Robert W. Griffiths
5905 Heron Ave.
Las Vegas, NV 89107-3612

Rainbow Injury Rehabilitation
2625 S. Rainbow Blvd.
Las Vegas, NV 89146

University Medical Center of Southern Nevada
c/o Clark County District Attorney's Office
Attn: Timothy Baldwin, Esq.
500 South Grand Central Pkwy.
P.O. Box 552215
Las Vegas, Nevada 89155-2215

☐ <u>OVERNIGHT COURIER</u>:  By depositing a true and correct copy of the above-referenced document for overnight deliver via a nationally-recognized courier, addressed to the parties listed on the attached service list at their last-known mailing address.

☐ <u>FACSIMILE:</u> By sending the above-referenced document via facsimile to those persons listed on the attached service list and with the set forth facsimile numbers.

**CHRISTENSEN JAMES & MARTIN**

By: _/s/ Daryl E. Martin_
    Daryl E. Martin

-2-