**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (Nevada Bar No. 000175)
Email: kbc@cjmlv.com
DARYL E. MARTIN, ESQ. (Nevada Bar No. 006735)
Email: dem@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
*Attorneys for Defendant UNITE HERE HEALTH*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| BENSON & BINGHAM, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBERT GRIFFITHS; CITY OF LAS VEGAS FIRE & RESCUE; UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; RAINBOW INJURY REHABILITATION, LLC; CULINARY HEALTH FUND; STARLIGHT COLLISION, LLC,<br><br>        Defendants, | Case No. 2:14-cv-00086-APG-CWH<br><br>**JOINT STATUS REPORT**<br><br>Date:   N/A<br>Time:   N/A |

Pursuant to the Court's Minute Order in Chambers dated January 16, 2014 [Doc. 3], Plaintiff BENSON & BINGHAM, LLC and Defendant UNITE HERE HEALTH (named by Plaintiff as "Culinary Health Fund") (hereafter referred to as "UHH") (collectively "Parties"), each appearing through counsel, hereby submit the following Joint Status Report:

    1.    <u>Status of Action</u>: Plaintiff filed a Complaint in Interpleader on December 23, 2013 in the Eighth Judicial District Court in and for Clark County, Nevada (Case No. A-13-693535-C). Defendant UHH learned of the action on January 15, 2014. Asserting that the action presents a question of federal law, Defendant UHH filed a Petition for Removal [Doc. 1] on January 16, 2014. On January 23, 2014, UHH filed a Certificate of Interested Parties [Doc. 5].

On January 31, 2014 UHH filed its Statement Regarding Removal [Doc. 6]. On February 3, 2014 UHH filed its Answer, Crossclaims and Counterclaims. On February 13, 2014 Plaintiff filed a Motion to Remand the case back to the state court. UHH's response to the Motion to Remand is due on Monday, March 3, 2014.

  2. <u>Action Presently Required by this Court</u>: Decide the Motion to Remand once the briefing is complete.

  3. <u>Pending Motions</u>: Motion to Remand.

Should the Court have further questions, comments or concerns regarding the status of the matter, the Parties welcome the Court's inquiries or Order on the same.

| | |
|---|---|
| DATED this 14th day of February, 2014 | DATED this 14th day of February, 2014 |
| CHRISTENSEN, JAMES & MARTIN | BENSON & BINGHAM, LLC |
| By:   /s/ Daryl E. Martin<br>    Daryl E. Martin, Esq.<br>    Nevada Bar No. 6735<br>    7440 W. Sahara Avenue<br>    Las Vegas, Nevada 89117<br>    Telephone: (702) 255-1718<br>    Facsimile: (702) 255-0871<br>    Email: dem@cjmlv.com<br>    *Attorneys for Unite Here Health* | By:   /s/ Joseph L. Benson II<br>    Joseph L. Benson II, Esq.<br>    Nevada Bar No. 7276<br>    11441 Allerton Park Dr., Suite 100<br>    Las Vegas, Nevada 89135<br>    Telephone: (702) 382-9797<br>    Facsimile: (702) 382-9798<br>    Email: litigate@bensonbingham.com<br>    Attorneys for *Plaintiff* |

...

## CERTIFICATE OF SERVICE

I am an employee of Christensen James & Martin. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to Local Rule LR 5-4 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed on the attached service list at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

CHRISTENSEN JAMES & MARTIN

By: */s/ Daryl E. Martin*