JOSEPH L. BENSON II, ESQ.
Nevada Bar No. 7276
ISRAEL P. WHITBECK, ESQ.
Nevada Bar No. 12519
BENSON & BINGHAM
11441 Allerton Park Drive, Suite 100
Las Vegas, NV 89135
(702) 382-9797, telephone
(702) 382-9798, facsimile
litigate@bensonbingham.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BENSON & BINGHAM, LLC, | CASE NO.: 2:14-cv-000866-APG-CWH |
| Plaintiff, | |
| vs. | |
| ROBERT GRIFFITHS; CITY OF LAS VEGAS FIRE & RESCUE; UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; RAINBOW INJURY REHABILITATION, LLC; CULINARY HEALTH FUND; STARLIGHT COLLISION, LLC; inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER TO DISTRIBUTE INTERPLEAD FUNDS

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants, by and through their attorneys of record, that the interplead funds should be distributed as follows:

| Provider | Amount |
|---|---|
| Benson & Bingham attorney fees | $3,079.59 |
| Benson & Bingham costs | 2,108.93 |
| City of Las Vegas EMS | 100.00 |
| University of Medical Center | 90.00 |
| Rainbow Injury Rehab | 2,621.48 |

1

202657

| | |
|---|---|
| Unite Here Health | 7,000.00 |
| | Total          $15,000.00 |

DATED this 14th day of April, 2014.     DATED this 14th day of April, 2014.

BENSON & BINGHAM                         CHRISTENSEN JAMES & MARTIN

 /s/ Joseph L. Benson                     /s/ Daryl E. Martin
JOSEPH L. BENSON II, ESQ.                DARYL E. MARTIN, ESQ.
Nevada Bar No. 7276                      Nevada Bar No. 6735
Attorney for Plaintiff                   7440 W. Sahara Avenue
                                         Las Vegas, NV 89117
                                         Attorneys for Defendant,
                                         Unite Here Health

DATED this 14th day of April, 2014.     DATED this 14th day of April, 2014.

                                         THE LAW FIRM OF RAINEY DEVINE

 /s/ Jack O. Eslinger                     /s/ Jennifer J. Hurley
JACK O. ESLINGER, ESQ.                   JENNIFER J. HURLEY, ESQ.
Nevada Bar No. 8443                      Nevada Bar No. 11817
495 S. Main Street, Sixth Floor          9340 W. Martin Avenue, Second Floor
Las Vegas, NV 89101                      Las Vegas, NV 89148
Attorney for Defendant,                  Attorney for Defendant,
City of Las Vegas                        Rainbow Injury Rehabilitation

IT IS SO ORDERED.

DATED this ____ day of _____, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

2

202657