

JOSEPH L. BENSON II, ESQ.
Nevada Bar No. 7276
ISRAEL P. WHITBECK, ESQ.
Nevada Bar No. 12519
BENSON & BINGHAM
11441 Allerton Park Drive, Suite 100
Las Vegas, NV 89135
(702) 382-9797, telephone
(702) 382-9798, facsimile
litigate@bensonbingham.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BENSON & BINGHAM, LLC, | CASE NO.: 2:14-cv-086-APG-CWH |
| Plaintiff, | |
| vs. | |
| ROBERT GRIFFITHS; CITY OF LAS VEGAS FIRE & RESCUE; UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; RAINBOW INJURY REHABILITATION, LLC; CULINARY HEALTH FUND; STARLIGHT COLLISION, LLC; inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER TO DISTRIBUTE INTERPLEAD FUNDS

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants, by and through their attorneys of record, that the interplead funds should be distributed as follows:

| Provider | Amount |
|---|---|
| Benson & Bingham attorney fees | $3,079.59 |
| Benson & Bingham costs | 2,108.93 |
| City of Las Vegas EMS | 100.00 |
| University of Medical Center | 90.00 |
| Rainbow Injury Rehab | 2,621.48 |

1

202657



|   |   |
|---|---|
| Unite Here Health | 7,000.00 |
|  | Total    $15,000.00 |

DATED this 14th day of April, 2014.

BENSON & BINGHAM

/s/ Joseph L. Benson
JOSEPH L. BENSON II, ESQ.
Nevada Bar No. 7276
Attorney for Plaintiff

DATED this 14th day of April, 2014.

CHRISTENSEN JAMES & MARTIN

/s/ Daryl E. Martin
DARYL E. MARTIN, ESQ.
Nevada Bar No. 6735
7440 W. Sahara Avenue
Las Vegas, NV 89117
Attorneys for Defendant,
Unite Here Health

DATED this 14th day of April, 2014.

/s/ Jack O. Eslinger
JACK O. ESLINGER, ESQ.
Nevada Bar No. 8443
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
Attorney for Defendant,
City of Las Vegas

DATED this 14th day of April, 2014.

THE LAW FIRM OF RAINEY DEVINE

/s/ Jennifer J. Hurley
JENNIFER J. HURLEY, ESQ.
Nevada Bar No. 11817
9340 W. Martin Avenue, Second Floor
Las Vegas, NV 89148
Attorney for Defendant,
Rainbow Injury Rehabilitation

IT IS SO ORDERED.

Dated:  April 21, 2014.

_____
UNITED STATES DISTRICT JUDGE

2

202657