# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BENSON & BINGHAM, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GRIFFITHS, *et al.*,<br><br>Defendants. | Case No. 2:14-cv-00086-APG-CWH<br><br>**ORDER** |

    IT IS ORDERED that the parties shall file a status report on or before April 22, 2015 explaining whether any further action is needed to be taken in this case or whether it should be dismissed. Failure to file the status report will result in dismissal of this case without further notice.

    DATED this 13th day of April, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE