**CHRISTENSEN JAMES & MARTIN**
DARYL E. MARTIN, ESQ. (Bar No. 6735)
Email: dem@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BENSON & BINGHAM, LLC, | Case No. 2:14-cv-00086-APG-CWH |
| Plaintiff, | |
| vs. | **STATUS REPORT** |
| ROBERT GRIFFITHS; CITY OF LAS VEGAS FIRE & RESCUE; UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; RAINBOW INJURY REHABILITATION, LLC; CULINARY HEALTH FUND; STARLIGHT COLLISION, LLC, | |
| Defendants, | |

Pursuant to the Court's Minute Order dated April 13, 2015 [Doc. 27], Defendant UNITE HERE HEALTH (a/k/a "Culinary Health Fund") respectfully reports that all contested issues presented in this Case have been resolved, the interpleader proceeds have been distributed pursuant to prior Court Order, and this Case may be dismissed.

DATED this 13th day of April, 2015

CHRISTENSEN, JAMES & MARTIN

By: */s/ Daryl E. Martin*
Daryl E. Martin, Esq.
Nevada Bar No. 6735
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: dem@cjmlv.com
*Attorneys for Unite Here Health*